UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARSEN GADZHIEV,<br><br>                    Plaintiff,<br><br>        v.<br><br>KRISTI NOEM, et al.,<br><br>                    Defendants. | Case No. 24-cv-06951-JST<br><br>**ORDER DISMISSING CASE** |

On January 21, 2026, the Court entered an order noting that Plaintiff Arsen Gadzhiev's only counsel of record was no longer eligible to practice law in this state. ECF No. 17 at 1. It stayed the case "to allow Gadzhiev time to attempt to find new counsel or agree to represent himself without a lawyer." *Id.* It ordered one of three things to occur by February 27, 2026: "either (1) another lawyer shall file a notice of appearance on Gadzhiev's behalf; (2) Gadzhiev shall file a notice that he intends to represent himself without a lawyer; or (3) Gadzhiev shall file a document describing his efforts to locate counsel and requesting additional time to continue his search." *Id.* The Court explained, "If none of these documents is filed by that deadline, the Court will dismiss the case."

The Court further ordered Defendants to serve a copy of its order on Gadzhiev and to file a proof of service. *Id.* at 2. Defendants did so by First-Class Mail on January 27, 2026. ECF No. 18.

The deadline for Gadzhiev or an attorney on his behalf to respond to the Court's January 21, 2026 order has expired. To date, no response has been filed. Accordingly, as the Court advised it would, it now dismisses this case without prejudice for failure to prosecute and failure to comply with the Court's order. *See* Fed. R. Civ. P. 41(b).

The Clerk shall enter judgment and close the file.

In addition, the Clerk shall serve a copy of this order and the judgment on Gadzhiev at the address indicated in Defendants' proof of service, ECF No. 18.

**IT IS SO ORDERED.**

Dated:  March 4, 2026



JON S. TIGAR
United States District Judge

United States District Court
Northern District of California